

# IN THE
# TENTH COURT OF APPEALS

No. 10-16-00380-CR

**LAWRENCE LEWIS LOVE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2014-1065-C1

## ORDER REQUESTING A RESPONSE

Lawrence Lewis Love appealed the trial court's judgment of conviction dated November 10, 2016. We dismissed the appeal because the trial court's certificate of right of appeal, which Love signed, indicated that the underlying criminal case was a plea bargain case, that Love had no right to appeal, and that Love waived his right to appeal. *See Love v. State*, No. 10-16-00380-CR, 2016 Tex. App. LEXIS 12547 (Tex. App.—Waco Nov. 23, 2016, no pet. h.) (not designated for publication). A motion for rehearing, if any, was due on December 8, 2016. TEX. R. APP. P. 49.1. Appellant's motion for rehearing was e-

filed on December 12, 2016.

By letter dated December 13, 2016, the Court notified appellant that his motion for rehearing was untimely and gave appellant an opportunity to show grounds for considering the motion.

Appellant promptly filed a Response to Reconsider Motion for Rehearing explaining why his motion for rehearing was untimely. While the response is not denominated a motion for extension of time to file a motion for rehearing, it has substantive characteristics of such a motion. *See* TEX. R. APP. P. 10.5(b); 49.8.

The Court is considering treating appellant's response as a motion for extension of time to file a motion for rehearing. Accordingly, the Court requests a response from the State regarding the Court's consideration of appellant's response and whether an extension should be granted.

Further, should the Court treat the response as a motion for extension of time and grant the motion, the Court requests a response from the State to appellant's motion for rehearing.

Both responses from the State must be filed within 7 days from the date of this Order.

PER CURIAM



Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Response requested
Order issued and filed December 21, 2016